IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLYN CERNY-CARBAJAL; CARLOS CARBAJAL-ARMENDARIZ; and CDE INDUSTRIES, LLC, | Case No. 1:23-CV-01724-JMS-MG |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| KUEHNLEIN TRUCKING, INC. and SHAWN NEVER, | |
| Defendants. | |

COMES NOW the Court, upon the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being in all ways sufficiently advised, it is hereby ORDERED and ADJUDGED that the parties' Joint Stipulation of Dismissal with Prejudice is hereby GRANTED. This matter is hereby DISMISSED, with prejudice. dkt [35].

Date: 10/8/2024

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution: All counsel of record